**Order entered April 28, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01096-CR

## DADRIAN MONTREZ MCCLAIN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 31862**

## ORDER

Before the Court is appellant's April 26, 2021 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed by May 24, 2021.

/s/    DENNISE GARCIA
        JUSTICE